IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dedo Omanovic, | CV 06-0208-PHX |
| Petitioner, | **ORDER** |
| vs. | |
| Phillip Crawford, | |
| Respondent. | |

On January 17, 2006 Petitioner filed a Petition For Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. #1). On July 18, 2006 Magistrate Judge Aspey issued a Report and Recommendation ("R&R") recommending that the Petition be denied (Doc. #17). No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. #17) is **ADOPTED** and that the Petition For Writ of Habeas Corpus be **DENIED** (Doc. #1) and the matter closed.

DATED this 7th day of August, 2006.

Roslyn O. Silver
United States District Judge